## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:24-cv-00227-MR-WCM

| | |
|---|---|
| BUNCOMBE COUNTY, NORTH CAROLINA, ) ) ) Plaintiff, ) ) vs. ) ) HCA MANAGEMENT SERVICES, LP; ) MH MASTER HOLDINGS, LLLP; ) MH HOSPITAL MANAGER, LLC; and ) MH MISSION HOSPITAL, LLLP, ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' Motion to Dismiss and for Alternative Relief [Doc. 4]; the Magistrate Judge's Memorandum and Recommendation regarding the disposition of the Motion to Dismiss [Doc. 7]; and the Defendants' Objection to the Magistrate Judge's Memorandum and Recommendation [Doc. 8].

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motion and to submit a recommendation for its disposition. On July 17, 2025, the Magistrate Judge issued a Memorandum and Recommendation,

recommending that the Defendants' motion be granted in part and denied in part, and that this case be allowed to proceed to the extent it is based on events that occurred after August 6, 2021. [Doc. 7]. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. [Id. at 14]. The Defendants filed their Objection on July 31, 2025. [Doc. 8]. The Plaintiff filed its Reply on August 13, 2025. [Doc. 9].

After a careful review of the Memorandum and Recommendation, the Court concludes that the Magistrate Judge's proposed conclusions of law are correct and are consistent with current case law. Accordingly, the Court overrules the Defendants' Objection and accepts the Magistrate Judge's recommendations that the Defendants' Motion to Dismiss be granted in part and denied in part, and that this case be allowed to proceed.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 7] is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the Defendants' Motion to Dismiss and for Alternative Relief [Doc. 4] is **GRANTED IN PART** and **DENIED IN PART**, and that the Plaintiff's claim be allowed to proceed to the extent it is based on events that occurred after August 6, 2021.

**IT IS SO ORDERED.**

Signed: September 10, 2025

Martin Reidinger
Chief United States District Judge