# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:24-cv-00227-MR-WCM

| | | |
|---|---|---|
| BUNCOMBE COUNTY, | ) | |
| NORTH CAROLINA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| HCA MANAGEMENT SERVICES, LP; | ) | |
| MH MASTER HOLDINGS, LLLP; | ) | |
| MH HOSPITAL MANAGER, LLC; and | ) | |
| MH MISSION HOSPITAL, LLLP, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on a Joint Motion to Amend Pretrial Order and Case Management Plan (the "Motion," Doc. 30), by which the parties request that the remaining pretrial deadlines be extended by ninety (90) days and that additional deadlines for the exchange of supplemental expert reports be put into place.

The current deadlines and proposed deadlines are:

| | Current | Proposed |
|---|---|---|
| Experts: | | |
| Plaintiff's Supplemental | N/A | 7/15/2026 |
| Defendants' Supplemental | N/A | 8/15/2026 |
| Rebuttal | 6/8/2026 | 9/7/2026 |
| Discovery: | 9/15/2026 | 12/15/2026 |
| Mediation: | 10/1/2026 | 1/1/2027 |
| Motions: | 10/15/2026 | 1/15/2027 |
| Trial: | 3/15/2027 | 6/15/2027 |

1

The parties represent that both sides have submitted their opening expert reports, but that they anticipate that continued discovery will result in the need for both sides to supplement those reports.

Additionally, the parties state that they are engaged in various meet-and-confer efforts with respect to certain discovery disputes; they believe progress can be made on many of those disputes – without the need for court intervention – if additional time is allowed for the completion of court-enforceable discovery.

The Motion will be allowed, but in part. The undersigned is not persuaded, on the current record, that extensions of the length requested by the parties are warranted. This ruling, though, does not impact the parties' ability to conduct voluntary discovery beyond the extended deadline set herein, subject to the parameters set by the Pretrial Order.

**IT IS THEREFORE ORDERED** that the Joint Motion to Amend Pretrial Order and Case Management Plan (Doc. 30) is **GRANTED IN PART** as follows:

1. The deadline for Plaintiff to serve its supplemental expert report(s) is **SET** for June 26, 2026.

2. The deadline for Defendants to serve their supplemental expert report(s) is **SET** for July 24, 2026.

3. The following deadlines are **EXTENDED**:

   a. Rebuttal expert reports: August 14, 2026

b. Discovery: October 16, 2026

c. Mediation: October 30, 2026

d. Motions: November 16, 2026

4. All other provisions of the Pretrial Order and Case Management Plan, including the March 15, 2027 trial setting, remain in effect.

Signed: May 27, 2026

W. Carleton Metcalf
United States Magistrate Judge